IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTIN TAPIA,** | **CIV-S-08-1291 DAD P** |
| Petitioner, | **ORDER** |
| v. | |
| **LARRY SMALL, Warden,** | |
| Respondent.. | |

Respondent has filed a motion for an extension of time to file a response to petitioner's second amended petition for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that respondent's request is granted. Respondent shall file a response to petitioner's second amended petition within thirty days of the date of this order.

DATED: November 25, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/tapi1291.111